# United States Bankruptcy Court
## District of Arizona

In re **SPORTSMAN'S, L.L.C.** ,      Case No. **2:09-bk-16052**

Debtor

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 2,855,904.93 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 196,286,984.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 25,039.23 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $ 86,165.56 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 18 | $ 2,855,904.93 | $ 196,398,188.79 | |

In re: __SPORTSMAN'S, L.L.C.__ Case No. __2:09-bk-16052__
_____ (If known)
Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

In re **SPORTSMAN'S, L.L.C.** _____  Case No. **2:09-bk-16052** _____

_____ Debtor               (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on hand, all locations | | 78,661.11 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit - Water | | 120.00 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit with Napa Valley Vinters | | 4,500.00 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposits - Landlords | | 15,754.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Covered under Bashas' Inc. policies | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re   **SPORTSMAN'S, L.L.C.**                                    Case No. <u>**2:09-bk-16052**</u>
                                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Drinks Magazine | | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Liquor Licenses | | 928,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chevy Cargo Van (Book Value) | | 4,226.41 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment, furnishings and supplies (Book Value) | | 398,634.67 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Business machinery, fixtures, equipment and supplies (Book Value) | | 463,279.84 |
| 30. Inventory. | | Computers and related equipment (Book Value) | | 79,296.90 |
| Inventory. | | Deli inventory | | 25,896.00 |
| Inventory. | | Grocery inventory | | 9,244.00 |
| Inventory. | | Liquor inventory | | 800,057.00 |
| Inventory. | | Non-Foods inventory | | 48,235.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

In re   **SPORTSMAN'S, L.L.C.** _____,   Case No. **2:09-bk-16052** _____
                              Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

     2     continuation sheets attached                    Total      ➤        | **$2,855,904.93** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **SPORTSMAN'S, L.L.C.** _____,  Case No.  **2:09-bk-16052** _____

Debtor  (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  X | | | Security Agreement | | | X | 110,000,000.00 | 0.00 |
| BANK OF AMERICA, N.A. COMPASS BANK WELLS FARGO BANK, N.A. 100 W WASHINGTON ST 25TH FL PHOENIX AZ 85003  ROBERT J MILLER BRYCE A SUZUKI BRYAN CAVE LLP TWO N CENTRAL AVE STE 2200 PHOENIX AZ 85004-4406 | | | VALUE $0.00 | | | | | |
| NOTE:  Bank of America, N.A., Wells Fargo Bank, N.A. and Compass Bank comprise the Bank Group with Wells Fargo as the Collateral Agent | | | | | | | | |
| ACCOUNT NO.  X | | | Security Agreement | | | X | 86,286,984.00 | 0.00 |
| THE PRUDENTIAL LIFE INS CO OF AMERICA NORTHERN LIFE INSURANCE COMPANY HARTFORD LIFE INSURANCE COMPANY RELIASTAR LIFE INSURANCE COMPANY (See NOTE for other Note Holders)  GERALD K. SMITH LEWIS AND ROCA LLP 40 N CENTRAL AVE STE 1900 PHOENIX AZ 85004  STEVEN WILAMOWSKY MICHAEL J. REILLY BINGHAM McCUTCHEN LLP 399 PARK AVE NEW YORK NY 10022-4689 | | | VALUE $0.00 | | | | | |
| NOTE:  All of the above-named insurance companies, together with Pruco Life Insurance Company, Prudential Retirement Insurance and Annuity Company are collectively the Note Holders. | | | | | | | | |

0  continuation sheets attached

Subtotal ➤
(Total of this page)  | $196,286,984.00 | $ | 0.00 |

Total ➤
(Use only on last page)  | $196,286,984.00 | $ | 0.00 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re     SPORTSMAN'S, L.L.C.                                    Case No.     2:09-bk-16052
_____                                    _____
                        Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

     * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u> **continuation sheets attached**

In re  **SPORTSMAN'S, L.L.C.** _____  Case No.  **2:09-bk-16052**
                                                                  (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ARIZONA DEPT OF REVENUE BANKRUPTCY & LITIGATION 1600 W MONROE 7TH FLR PHOENIX AZ 85007-2650** | | | **Sales Tax** | | | | 18,953.02 | 18,953.02 | $0.00 |
| ACCOUNT NO.<br>**CITY OF GLENDALE 5850 W GLENDALE AVE GLENDALE AZ 85301** | | | **Sales Tax** | | | | 1,323.35 | 1,323.35 | $0.00 |
| ACCOUNT NO.<br>**CITY OF PHOENIX PO BOX 29690 PHOENIX AZ 85038-9690** | | | **Sales tax** | | | | 3,556.65 | 3,556.65 | $0.00 |
| ACCOUNT NO.<br>**CITY OF SCOTTSDALE PO BOX 1949 SCOTTSDALE AZ 85252-1949** | | | **Sales Tax** | | | | 1,206.21 | 1,206.21 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals►<br>(Totals of this page) | $ 25,039.23 | $ 25,039.23 | $ 0.00 |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 25,039.23 | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 25,039.23 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re  **SPORTSMAN'S, L.L.C.**                                    Case No. _2:09-bk-16052_____
_____                                              (If known)
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 147.80 |
| ACTION WINE & SPIRITS USA PO BOX 488 CHANDLER AZ 85244 | | | | | | | |
| ACCOUNT NO. | | | | | | | 289.36 |
| AIRE FILTER PRODUCTS PO BOX 36066 PHOENIX AZ 85067 | | | | | | | |
| ACCOUNT NO. | | | | | | | 62.50 |
| AM PM SYSTEMS ARIZONA LLC 4809 E THISTLE LANDING DR STE 100 PHOENIX AZ 85044 | | | | | | | |
| ACCOUNT NO. | | | | | | | 65.10 |
| AMELIO C ENTERPRISES INC 2115 W MOUNTAIN VIEW RD PHOENIX AZ 85021 | | | | | | | |
| ACCOUNT NO. | | | | | | | 125.00 |
| ANDERSON SATELLITE 4813 W MILKY WAY CHANDLER AZ 85226 | | | | | | | |

_8_  Continuation sheets attached

Subtotal ➤ $                    689.76

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **SPORTSMAN'S, L.L.C.** _____     Case No. __2:09-bk-16052__
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ARIZONA CUTLERY & SHARPENING SVC INC <br> 12620 N CAVE CREEK RD #4 <br> PHOENIX AZ 85022 | | | | | | | 112.50 |
| ACCOUNT NO. <br><br> BARGREEN-ELLINGSON INC <br> LOCKBOX 310055 <br> PO BOX 94328 <br> SEATTLE WA 98124-6628 | | | | | | | 183.81 |
| ACCOUNT NO. <br><br> BUTLER CHEMICALS INC <br> 1283 N GROVE ST <br> ANAHEIM CA 92806-2114 | | | | | | | 302.68 |
| ACCOUNT NO. <br><br> CAM COMMERCE <br> 17075 NEWHOPE ST STE A <br> FOUNTAIN VALLEY CA 92708 | | | | | | | 60.00 |
| ACCOUNT NO. <br><br> CAMELBACK EAST SHOPS <br> 2334 N 32ND ST <br> PHOENIX AZ 85008 | | | | | | | 12,771.25 |

Sheet no. _1_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ► $ | 13,430.24

Total ► $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **SPORTSMAN'S, L.L.C.** _____     Case No. __2:09-bk-16052_____

_____ Debtor _____              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CAPMARK FINANCE INC** <br> **ATTN FUNDS APPLICATIONS-A** <br> **116 WELSH RD** <br> **HORSHAM PA 19044** | | | | | | | 24,649.02 |
| ACCOUNT NO. <br><br> **COLD MOUNTAIN MECHANICAL INC** <br> **2715 W GROVERS AVE STE 100** <br> **PHOENIX AZ 85053** | | | | | | | 272.96 |
| ACCOUNT NO. <br><br> **CORTE FRECCIA PLAZA** <br> **5045 N 12TH ST STE 101** <br> **PHOENIX AZ 85014** | | | | | | | 12,324.51 |
| ACCOUNT NO. <br><br> **DIAMONDBACK WINE & SPIRITS** <br> **7542 W CINNABAR** <br> **PEORIA AZ 85345** | | | | | | | 209.25 |
| ACCOUNT NO. <br><br> **DYE CARBONIC** <br> **701 S 7TH ST** <br> **PHOENIX AZ 85034** | | | | | | | 110.48 |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ►  $ | 37,566.22

Total ►  $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **SPORTSMAN'S, L.L.C.** _____   Case No. **2:09-bk-16052**_____
                                   Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 694.08 |
| ECOLAB PEST ELIMINATION PO BOX 6007 GRAND FORKS ND 58206-6007 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,328.33 |
| EUROPEAN IMPORTS LTD 2475 N ELSTON AVE CHICAGO IL 60647-2033 | | | | | | | |
| ACCOUNT NO. | | | | | | | 22.48 |
| FEDERAL EXPRESS CORP PO BOX 7221 PASADENA CA 91109-7321 | | | | | | | |
| ACCOUNT NO. | | | | | | | 967.27 |
| G&K SERVICES 4804 W ROOSEVELT PHOENIX AZ 85043 | | | | | | | |
| ACCOUNT NO. | | | | | | | 9,053.69 |
| GLAZER'S WHOLESALE DRUG CO INC dba ALLIANCE BEVERAGE 14911 QUORUM DR STE 400 DALLAS TX 75254 | | | | | | | |

Sheet no. _3_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ **12,065.85**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __SPORTSMAN'S, L.L.C._____      Case No. __2:09-bk-16052_____
                      Debtor                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GRAYHAWK PRODUCE SALES INC<br>111 E MARICOPA FRWY<br>PHOENIX AZ 85004 | | | | | | | 447.92 |
| ACCOUNT NO.<br><br>HILL PHOENIX INC<br>PO BOX 404175<br>ATLANTA GA 30384-4175 | | | | | | | 510.80 |
| ACCOUNT NO.<br><br>HOBART CORPORATION<br>3828 E ROESER RD<br>PHOENIX AZ 85040-3970 | | | | | | | 211.50 |
| ACCOUNT NO.<br><br>HOME DEPOT CREDIT SERVICES<br>PO BOX 6031<br>THE LAKES NV 88901-6031 | | | | | | | 83.12 |
| ACCOUNT NO.<br><br>INTEGRA SYSTEMS CORP<br>4607 S 35TH ST STE 6<br>PHOENIX AZ 85040 | | | | | | | 120.00 |

Sheet no. _4_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                         Subtotal  ➢  $        **1,373.34**

                         Total  ➢  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **SPORTSMAN'S, L.L.C.** _____    Case No. __2:09-bk-16052___
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 109.90 |
| INTELLIQUICK DELIVERY PO BOX 34964 PHOENIX AZ 85067-4964 | | | | | | | |
| ACCOUNT NO. | | | | | | | 900.00 |
| LE CREUSET OF AMERICA PO BOX 651222 CHARLOTTE NC 28265-1222 | | | | | | | |
| ACCOUNT NO. | | | | | | | 637.19 |
| LOWE, JAMI 16622 N 33RD AVE PHOENIX AZ 85053 | | | | | | | |
| ACCOUNT NO. | | | | | | | 209.85 |
| NATIONWIDE GOURMET 8399 W VAN BUREN BLDG 2 STE 207 TOLLESON AZ 85353 | | | | | | | |
| ACCOUNT NO. | | | | | | | 202.35 |
| PARKER, BILL 1352 E HIGHLAND AVE #220 PHOENIX AZ 85014 | | | | | | | |

Sheet no. _5_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                      **2,059.29**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **SPORTSMAN'S, L.L.C.** _____     Case No. __2:09-bk-16052____
                                                                          (If known)
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 223.77 |
| QUAIL DISTRIBUTING 21241 N 23RD AVE STE 19 PHOENIX AZ 85024 | | | | | | | |
| ACCOUNT NO. | | | | | | | 150.78 |
| QWEST CHOICE TV & ONLINE PO BOX 29025 PHOENIX AZ 85038 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,401.22 |
| REPUBLIC NATIONAL/DIST CO LLC 624 N 44TH AVE PHOENIX AZ 85043 | | | | | | | |
| ACCOUNT NO. | | | | | | | 64.00 |
| SCOTTSDALE MUSTARD CO PO BOX 13691 SCOTTSDALE AZ 85267-3691 | | | | | | | |
| ACCOUNT NO. | | | | | | | 103.25 |
| SERVICE ASSOCIATES 5017 S 36TH ST PHOENIX AZ 85040 | | | | | | | |

Sheet no. _6_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,943.02

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **SPORTSMAN'S, L.L.C.**                                    Case No. 2:09-bk-16052
                                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,572.27 |
| SIMPLY BREAD LLC 2117 N 24TH ST PHOENIX AZ 85008 | | | | | | | |
| ACCOUNT NO. | | | | | | | 2,344.00 |
| SOLID COMFORT 237 S DATE ST MESA AZ 85210 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,369.93 |
| SOUTHERN WINE & SPIRITS OF AZ 2375 S 45TH AVE PHOENIX AZ 85043 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,555.81 |
| SOUTHERN WINE & SPIRITS OF AZ 2375 S 45TH AVE PHOENIX AZ 85043 | | | | | | | |
| ACCOUNT NO. | | | | | | | 7,408.56 |
| US FOOD SERVICE INC STOCK YARDS / CITY MEAT 2838 COLLECTIONS CENTER DR CHICAGO IL 60693 | | | | | | | |

Sheet no. 7 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $          15,250.57

Total  ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **SPORTSMAN'S, L.L.C.**  _____  Case No. **2:09-bk-16052** _____

Debtor  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 528.00 |
| WHO INTERNATIONAL DESIGNS 14795 N 78TH WAY STE 700 SCOTTSDALE AZ 85260 | | | | | | | |
| ACCOUNT NO. | | | | | | | 1,237.76 |
| WILLIE ITULE PRODUCE INC 926 E JACKSON ST PHOENIX AZ 85034-2254 | | | | | | | |
| ACCOUNT NO. | | | | | | | 21.51 |
| WIST OFFICE PRODUCTS CO PO BOX 24118 TEMPE AZ 85285 | | | | | | | |

Sheet no. _8_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 1,787.27

Total ➤ $ 86,165.56

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re:  **SPORTSMAN'S, L.L.C.**
_____
                    **Debtor**

Case No.  **2:09-bk-16052**
                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

❑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BUTLER CHEMICALS INC<br>1283 N GROVE ST<br>ANAHEIM CA 92806-2114 | Lease of two dishwashing machines at $302.68 per month |
| CAMELBACK EAST SHOPS<br>ATTN HENRY FUCHS<br>2334 N 32ND ST<br>PHOENIX AZ 85008 | Lease of 3205 E. Camelback Rd., Phoenix, AZ |
| CORTE FRECCIA I, LLC<br>c/o MIKE CROOK, RECEIVER<br>5045 N 12TH ST STE 101<br>PHOENIX AZ 85014 | Lease of 6685 W. Beardsley Rd., Glendale, AZ 85308 |
| HERBERGER ENTERPRISES, INC.<br>10881 N SCOTTSDALE RD STE 200<br>SCOTTSDALE, AZ 85254-5241 | Lease of 10893 N. Scottsdale Rd., #101, Scottsdale, AZ |
| MONTE CRISTO, LLC<br>4350 E CAMELBACK RD STE E200<br>PHOENIX AZ 85018 | Lease of winecellar, commenced 3/4/99 |

In re: **SPORTSMAN'S, L.L.C.**              Case No.   <u>2:09-bk-16052</u>
_____                (If known)
                              Debtor

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **BASHAS' INC.**<br><br><br><br>**BASHAS' LEASECO, INC.** | **BANK OF AMERICA, N.A.**<br>**COMPASS BANK**<br>**WELLS FARGO BANK, N.A.**<br>**100 W WASHINGTON ST 25TH FL**<br>**PHOENIX AZ 85003** |
| **BASHAS' INC.**<br>**22402 S BASHA RD**<br>**CHANDLER AZ 85248**<br><br>**BASHAS' LEASECO, INC.**<br>**22402 S BASHA RD**<br>**CHANDLER AZ 85248** | **THE PRUDENTIAL LIFE INS CO OF AMERICA**<br>**NORTHERN LIFE INSURANCE COMPANY**<br>**HARTFORD LIFE INSURANCE COMPANY**<br>**RELIASTAR LIFE INSURANCE COMPANY**<br>(See NOTE for other Note Holders) |



**UNITED STATES BANKRUPTCY COURT**
**FORM: BUSINESS INCOME AND EXPENSES**
**SPORTSMAN'S L.L.C**

Case No. 2:09-bk-16052-SSC
Chapter 11

|  |  | Annual |
|---|---|---|
| **PART A:** | **Gross Revenue for Previous 12 Months** | |
| | 2008 Sales | $4,792,481 |
| | 2008 Other Income | 45,709 |
| Total | | 4,838,190 |

|  |  | Estimated Monthly |
|---|---|---|
| **PART B:** | **Estimated Average Future Gross Monthly Revenue:** | |
| 2 | Sales | 329,784 |
| | Less: | |
| 3 | Inventory Purchases (Cost of Goods Sold) | 214,230 |
| | Net | 115,554 |

| | **PART C:** | **Estimated Future Monthly Expenses:** | |
|---|---|---|---|
| | 4 | Gross Employee Payroll | 43,126 |
| | 5 | Payroll -Employer Taxes | 3,588 |
| | 6 | Fringe Benefits | 9,136 |
| | 7 | Electricity | 2,752 |
| | 8 | Other Utilities | 1,860 |
| | 9 | Supplies | 4,281 |
| | 10 | Repairs & Maint | 3,068 |
| | 11 | Rent | 22,372 |
| | 12 | Donations & Promotions | 272 |
| | 13 | Property Taxes | 2,020 |
| | 14 | Common Area | 2,500 |
| | 15 | Bank Service Charges | 9,369 |
| | 16 | Outside Services | 884 |
| | 17 | Insurance | 147 |
| | 18 | Travel | 129 |
| | 19 | Bad Checks | 63 |
| | 20 | Miscellaneous | 18,061 |
| | | Total Expenses | 123,629 |

| | **PART D:** | **Estimated Average Net Income (Loss)** | ($8,075) |
|---|---|---|---|

Note:
Projection for Revenue and Expenses for Fiscal Year 2010 as of 08/07/09.
Estimated expenses do not include reorganization costs (i.e.legal, prof , US Trustee fees, rejection of lease costs, pension contributions, and plan distributions to creditors) and capital expenditures.

In re  SPORTSMAN'S, L.L.C. _____

Case No.  2:09-bk-16052 _____

_____
Debtor

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Edward N. Basha, III**, the **Vice-President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **20**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  August 17, 2009

Signature: _____

**Edward N. Basha, III Vice-President** _____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*